UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

HECTOR DANIEL CORTINA,      )
                            )
       Petitioner,          )
                            )
v.                          )     Case No. 2:05-cv-01106-WMA-HGD
                            )
VANNESSA P. ADAMS, et al.,  )
                            )
       Respondents.         )

**O R D E R**

On June 17, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the petitioner or the respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus and the "Motion Under Title 18 U.S.C.A. § 3582(c)(2) and Sentencing Guideline for Reduction of Sentence Based on Guideline Amendment Effective

November 1, 2004 Concerning Drug Quantity" filed in this action be and the same hereby are DENIED.[1]

DONE this the 28th day of July, 2005.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WILLIAM M. ACKER, JR.**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

---

[1] On June 22, 2005, after the entry of the report and recommendation, petitioner filed an amended habeas corpus petition. However, a review of the amended petition shows that petitioner is not raising any new claims. Therefore, the claims in the amended petition do not need to be addressed separately.